IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WILEY ESTILL GAMBREL,

            Petitioner,                         21cv0888
                                                    ELECTRONICALLY FILED

     v.

ATTORNEY GENERAL OF THE STATE OF
PENNSYLVANIA, DISTRICT ATTORNEY OF
FAYETTE COUNTY, SUPERINTENDENT OF
SCI HOUTZDALE,

            Respondents.

## **ORDER OF COURT**

On July 4, 2021, Petitioner Wiley Estill Gambrel filed a Petition under 28 U.S.C.

§ 2254 for Writ of Habeas Corpus.  (Doc. 1).  This matter was referred to United States

Magistrate Judge Maureen P. Kelly for proceedings in accordance with the Magistrates Act, 28

U.S.C. § 636, and Local Civil Rule 72.

On November 7, 2024, Magistrate Judge Kelly filed a thorough Report and

Recommendation, recommending that the Petition for Writ of Habeas Corpus be denied, and that

a certificate of appealability be denied.  (Doc. 64).

Petitioner was notified that pursuant to 28 U.S.C. § 636(b)(1) he had fourteen days to file

written objections to the Report and Recommendation.  (*Id*).  No objections have been filed.

After *de novo* review of the Record in this matter, and Magistrate Judge Kelly's Report

and Recommendation (Doc. 64), the Court ORDERS that the Petition for Writ of Habeas Corpus

pursuant to 28 U.S.C. § 2254 (Doc. 1) is DENIED, and no certificate of appealability is issued.

It is further ORDERED that the November 7, 2024 Report and Recommendation (Doc. 64) is adopted as the Opinion of the Court.

The Clerk of Court shall mark this case closed.

SO ORDERED this 10th day of December, 2024.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge


cc:    Wiley Estill Gambrel
       NM-5383
       SCI Houtzdale
       PO Box 1000
       209 Institution Drive
       Houtzdale, PA 16698

       All ECF Registered Counsel of Record